**FILED**

**Feb 12, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00251-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER UNSEALING INDICTMENT** |
| GILBERTO DANIEL BARRON, | |
| Defendant. | |

The United States arrested the defendant, Gilberto Daniel Barron, and applied to this Court for the indictment and arrest warrant in above-captioned proceeding to be unsealed. As a result of his arrest, the need to seal the indictment has ceased.

IT IS THEREFORE ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated: **Feb 12, 2026**

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1